AO 246A (Rev. 01/09)  Order of Discharge and Dismissal Under 18 U.S.C. § 3607(a)

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

*FILED FEB 10 2011 CLERK U.S. EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK*

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:10MJ00017-01 GSA |
| ) | |
| JAY D. WILKERSON ) | |
| *Defendant* ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: 2/10/11

_____
*Judge's Signature*

GARY S. AUSTIN: U.S. Magistrate Judge
*Printed Name and Title*

cc:  U.S. Probation
     Laurel J. Montoya, Assistant United States Attorney
     Richard P. Berman, Defense Counsel

Rev. 02/2009 (ED/CA)
PREJUDGMENT ~ DISCHARGE (AO246A).MRG